JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TUTORING CENTER FRANCHISE CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LANCE, an individual; MARGERY BULATKO, an individual; PETER BULATKO, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:17-cv-08709-JFW-AFM<br><br>*Hon. John F. Walter*<br><br>**FINAL JUDGMENT**<br><br>Complaint filed: December 1, 2017 |

**JUDGMENT**

The Court, having considered Plaintiff The Tutoring Center Franchise Corp.'s ("TCFC") Motion for Entry of Default Judgment, the supporting declarations and exhibits, and pleadings on file in this action, and good cause appearing therefor, hereby ORDERS as follows:

1. TCFC's Motion for Entry of Default Judgment is granted;

2. Judgment is hereby entered in favor of TCFC against Defendants, as jointly and severally liable in the amount of **$131,631.79** for the items listed below.

    A. The Court awards TCFC **$123,125.00** in damages for Defendants' abandonment of their franchised Tutoring Center and failure to pay the Royalty Fees and Semi Annual Program Fees as required by Section 12 of the parties' franchise agreement.

    B. The Court awards TCFC **$6,062.50** in reasonable attorney's fees, pursuant to Local Rule 55-3 and Section 28 of the parties' franchise agreement.

    C. The Court awards TCFC **$2,444.29** in costs of suit, pursuant to Section 28 of the parties' franchise agreement.

DATED: February 12, 2018

                                                              The Honorable John F. Walter
                                                              United States District Judge

Respectfully submitted by:

**MULCAHY LLP**
James M. Mulcahy (SBN 213547)
*jmulcahy@mulcahyllp.com*
Douglas R. Luther (SBN 280550)
*dluther@mulcahyllp.com*
Filemon Carrillo (SBN 314220)
*fcarrillo@mulcahyllp.com*
Four Park Plaza, Suite 1230
Irvine, California 92614
Telephone: (949) 252-9377
Facsimile: (949) 252-0090

Attorneys for Plaintiff,
THE TUTORING CENTER FRANCHISE CORP.